THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Ian R. Buenaventura

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

The Executive Office of the President (The White House); The Honorable Lloyd J. Austin III (The Secretary of Defense); John Does 1-10; Jane Does 1-10; Legal Entities 1-10; Foreign Nations 1-10

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
                *(check one)*

**Complaint and Request for an Injunction**

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ian R. Buenaventura |
| Street Address | 262 Main Street 1 |
| City and County | Auburn, Maine |
| State and Zip Code | 04210 |
| Telephone Number | 213-434-8787 |
| E-mail Address | ppamdgmm@protonmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The Executive Office of the President (The White House) |
| Job or Title | _____ (if known) |
| Street Address | 1600 Pennsylvania Avenue NW |
| City and County | Washington |
| State and Zip Code | District of Columbia 20500 |
| Telephone Number | unknown |
| E-mail Address | president@whitehouse.gov ____ (if known) |

Defendant No. 2

| | |
|---|---|
| Name | The Honorable Lloyd J. Austin III |
| Job or Title | The Secretary of Defense |
| Street Address | 1000 Defense Pentagon |
| City and County | Washington |
| State and Zip Code | District of Columbia 20301 |
| Telephone Number | unknown |
| E-mail Address | ExecSecMA2@sd.mil |

Defendant No. 3

| | |
|---|---|
| Name | John Does |
| Job or Title | To be discovered _____ (if known) |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ (if known) |

Defendant No. 4

|  |  |
|---|---|
| Name | Jane Does |
| Job or Title | To be discovered _____ (if known) |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Please see attachment 2

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Freedom of Information Act, Title VI of the Civil Rights Act of 1964, Administrative Procedure Act, Federal Tort Claim Act, Racketeering, Influenced, and Corrupt Organization Act, Foreign Intelligence Surveillance Act, and Geneva Conventions.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

I, Ian R. Buenaventura, am a citizen of the Philippines.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* The Executive Office of the President, is a citizen of the State of *(name)* unknown. *Or* is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Please see attachment 3

______________________________________________

______________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claims occur?

Please see attachment 3

B. What date and approximate time did the events giving rise to your claims occur?

Please see attachment 3

C. What are the facts underlying your claims? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see attachment 3

## IV. Irreparable injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Please see attachment 3

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see attachment 3.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint:(1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law, or by nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 21, 2024.

Signature of Plaintiff  *[signature]*

Printed Name of Plaintiff   Ian R. Buenaventura

Attachment 2 to Complaint and Request for an Injunction – Pro Se Form

Defendant 5 :

Name : Legal Entities
Job or Title (*if known*) : To be discovered

Defendant 6 :

Name : Foreign Nations
Job or Title (*if known*) : To be discovered

Defendant 7 :

Name : The Honorable Merrick B. Garland
Job or Title : The Attorney General

Address : U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Defendant 8 :

Name : The Honorable Christopher A. Wray
Job or Title : The Director

Address : Federal Bureau of Investigation
FBI Headquarters
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Defendant 9 :

Name : National Security Agency
Job or Title : n/a

Address : 9800 Savage Rd., Suite 6272
Fort George G. Meade, MD 20755-6000

Attachment 3 to Complaint and Request for an Injunction – Pro Se Form

Please see complaint.