# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| IAN R. BUENAVENTURA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:24-cv-00089-NT |
| | ) |
| EXECUTIVE OFFICE OF | ) |
| THE PRESIDENT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On April 1, 2024, the United States Magistrate Judge filed his Recommended Decision after a preliminary review of the Plaintiff's Complaint. Recommended Decision (ECF No. 4). The Plaintiff filed an objection to the Recommended Decision on May 6, 2024 (ECF No. 7). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Plaintiff's objection is **OVERRULED** and that the Recommended Decision of the Magistrate Judge (ECF No. 4) is hereby **ADOPTED**. It is further **ORDERED** that the Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

In addition, as the Magistrate Judge noted, the Plaintiff has been warned twice before of the consequences of filing further frivolous claims. Recommended Decision 3–4. In *Jane Doe 3 v. Executive Office of the President*, No. 2:23-cv-00358-JDL, Order Accepting the Recommended Decision of the Magistrate Judge and *Cok* Warning at 3 (ECF No. 8) and *Estate of Mrs. Eva R. Buenaventura v. Executive Office of the President*, No. 2:23-cv-00325-JDL, Order Accepting the Recommended Decision of the Magistrate Judge and *Cok* Warning at 5 (ECF No. 12), Judge Levy issued warnings pursuant to *Cok v. Family Court of Rhode Island*, 985 F.2d 32 (1st Cir. 1993). Specifically, Judge Levy warned that "[a]ny further frivolous filings by Buenaventura, in this docket or in any pending or new case, may result in an immediate order restricting his ability to file documents with the Court." *Id*. With the present action, the Plaintiff has once again filed frivolous claims in this Court. Accordingly, I agree with the Magistrate Judge that filing restrictions are now appropriate. Recommended Decision 4. Mr. Buenaventura is hereby **ENJOINED** from filing new cases in the District of Maine without obtaining the Court's prior permission by showing that his proposed pleading is sufficiently plain and definite to satisfy Federal Rule of Civil Procedure 8 and to warrant a response. *See Cok v. Fam. Ct. of R. I.*, 985 F.2d 32, 36 (1st Cir. 1993).

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 3rd day of June, 2024.