UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IAN R. BUENAVENTURA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL NO. 2:24-cv-00089-NT |
| ) | |
| EXECUTIVE OFFICE OF THE ) | |
| PRESIDENT, et al., ) | |
| Defendants ) | |

JUDGMENT OF DISMISSAL

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge, entered by U.S. District Judge Nancy Torresen on June 3, 2024, JUDGMENT of Dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By: /s/ Melody Dalphonse
Deputy Clerk

Dated: June 3, 2024